CARL DINKUHN, Appellant, *v.* WESTERN NEW YORK WATER COMPANY, Respondent.

Argued October 11, 1938; decided October 25, 1938.

*Harry D. Sanders, Chester McNeil* and *J. Eugene McMahon* for appellant.

*Clayton M. Smith* and *Fred Van Aernam* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.